1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                        **United States Bankruptcy Court**
                         **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  KEVIN KEITH HIGDON                      ) Case No.: 8:10-bk-10154-ES
                                           )
8  ROSALINDA ALARCON HIGDON                ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) **(Bankruptcy Rule 3011)**
9                                          )
                                           )
10                                         )
                                           )
11 ─────────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301076** in the sum of **$255.94**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      BSI FINANCIAL SERVICES INC
        314 S FRANKLIN STREET
18      TITUSVILLE, PA 22116

19
   Date: September 10, 2011           __/S/_____
20                                    Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1010154 | KEVIN KEITH & ROSALINDA ALARCON HIGDON ACCT: 0-12 | Claim: 00004 | XXX-XX-7345 XXX-XX-4462 | 255.94 | 0.00 | 255.94 |
| | | | TOTALS | 255.94 | 0.00 | 255.94 |

```
KEVIN KEITH HIGDON
ROSALINDA ALARCON HIGDON
BALANCE:        10,892.96   [0.00 23/00004]
SSN: XXX-XX-7345    SSN: XXX-XX-4462
ACCT: 0-12                   CASE: 1010154
PRINCIPAL:      255.94   INTEREST:        0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301076

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$255.94

PAY   Two Hundred Fifty Five And 94 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

*Amrane Cohen* (signature)

⑈0301076⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES